UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA TERRY,

          Plaintiff,

v                                Case No. 07-14130
                                Hon. Avern Cohn
MATTHEW AL-NAIMI, an individual,
and RECY-CLEAN SERVICES, LLC.,
a Michigan limited liability company,

          Defendants.

_____/

SCHWARTZ LAW FIRM, P.C.
By:  Jay A. Schwartz (P45268)
     Mary A. Mahoney (P41568)
Attorneys for Plaintiff
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400

_____/

**EXHIBIT A**

to

Plaintiff's Complaint

# FILED UNDER SEAL PURSUANT TO A COURT ORDER