UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA TERRY,

        Plaintiff,

v                                         Case No. 07-14130
                                         Hon. Avern Cohn

MATTHEW AL-NAIMI, an individual,
and RECY-CLEAN SERVICES, LLC.,
a Michigan limited liability company,

        Defendants.
_____/

| SCHWARTZ LAW FIRM, P.C. | AUSTIN HIRSCHHORN, P.C. |
|---|---|
| By:  Jay A. Schwartz (P45268) | By:  Austin Hirschhorn (P15001) |
|     Mary A. Mahoney (P41568) | Attorney for Defendants |
| Attorneys for Plaintiff | 101 West Big Beaver Road, Suite 1050 |
| 37887 West Twelve Mile Road, Suite A | Troy, Michigan 48084-5299 |
| Farmington Hills, Michigan 48331 | (248) 680-1660 |
| (248) 553-9400 | |

_____/

**PLAINTIFF'S REPLY TO DEFENDANTS' AFFIRMATIVE DEFENSES**

**and CERTIFICATE OF SERVICE**

    NOW COMES Plaintiff, CYNTHIA TERRY, by and through her attorney, SCHWARTZ

LAW FIRM, P.C., and for her Reply to Defendants' Affirmative Defenses, states:

    1.    As to Defendants' Affirmative Defense No. 52, Plaintiff denies the allegations

made in Defendants' Affirmative Defense No. 52 for the reasons that they are untrue.

    2.    As to Defendants' Affirmative Defense No. 53, Plaintiff neither admits nor denies

the allegations in Defendants' Affirmative Defense No. 53 as she lacks sufficient information to

form a belief thereto and leaves Defendants to their proofs.

1

3.      As to Defendants' Affirmative Defense No. 54, Plaintiff denies the allegations made in Defendants' Affirmative Defense No. 54 for the reasons that they are untrue.

4.      As to Defendants' Affirmative Defense No. 55, Plaintiff denies that Defendants have a right to plead any additional Affirmative Defenses.

SCHWARTZ LAW FIRM, P.C.

By: s/ Mary A. Mahoney
    Attorney for Plaintiff
    37887 West Twelve Mile Road, Suite A
    Farmington Hills, Michigan  48331
    (248) 553-9400
    mmahoney@schwartzlawfirmpc.com
Dated:  November 7, 2007            (P41568)

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2007, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.

s/Wendy L. Jones
Legal Assistant to Mary A. Mahoney
Schwartz Law Firm, P.C.
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400
mmahoney@schwartzlawfirmpc.com

2