UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA TERRY,

    Plaintiff,

v                                                      Case No. 07-cv-14130
                                                    Hon. Avern Cohn

MATTHEW AL-NAIMI, an individual,
and RECY-CLEAN ENVIRONMENTAL
SERVICES, LLC, a Michigan limited
liability company,

    Defendants.
_____/

## STIPULATED ORDER TO EXTEND DISCOVERY

NOW COME the parties, by and through their respective counsel, and do hereby stipulate and agree to the terms of this Order and the court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the deadline for completion of discovery and other dated are extended by sixty (60) days as follows:

    Discovery Cut-off:    May 19, 2008

    Motion Cut-off:    June 19, 2008

    Final Pretrial Conference:    **Tuesday, September 23, 2008 at 2:00 p.m.**

    Jury Trial:    **Monday, October 20, 2008 at 9:00 a.m.**

Dated: March 04, 2008                s/Avern Cohn
                                        U.S. District Court Judge

*Stipulated as to form and entry:*

                                        By: s/ Mary A. Mahoney
SCHWARTZ LAW FIRM, P.C.              Attorney for Plaintiff
                                        37887 West Twelve Mile Road, Suite A
                                        Farmington Hills, Michigan 48331
                                        (248) 553-9400

|  |  |
|---|---|
| mmahoney@schwartzlawfirmpc.com<br>(P41568)<br><br>AUSTIN HIRSCHHORN, P.C. | By: s/with Consent of Austin Hirschhorn<br>Attorney for Defendants<br>101 West Big Beaver Road, Suite 1050<br>Troy, Michigan 48084-5299<br>(248) 680-1660<br>austinh@ix.netcom.com<br>(P15001) |