AO 450  (Rev. 7/99) Judgment in a Civil Case

**CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CYNTHIA TERRY,<br><br>                          Plaintiff,<br><br>v.<br><br>MATTHEW AL-NAIMI and<br>RECY-CLEAN ENVIRONMENTAL<br>SERVICES, LLC,<br><br>                          Defendants.<br>                                       / | JUDGMENT IN A CIVIL CASE<br><br>Case Number: 07-14130<br><br>Honorable Avern Cohn |

■    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff against Defendant Recy-Clean Enviromental Services as follows:

| | |
|---|---|
| Compensatory Damages: | $ 25,000.00 |
| Punitive Damages: | $125,000.00 |
| | |
| Total judgment in favor of Plaintiff | $150,000.00 |

IT IS FURTHER ORDERED AND ADJUDGED that the action against Defendant Matthew Al-Naimi is DISMISSED.

   **SO ORDERED.**

Copies have been mailed to:

the attorneys of record

Date entered:  January 09, 2009

Nunc pro tunc:  January 08, 2009

David Weaver, Clerk of Court

s/Julie Owens
Deputy Clerk